|  |  |
|---|---|
| CARLOS RIOS,<br><br>                    Plaintiff,<br>    vs.<br><br>MATTHEW CATE, et al.,<br><br>                    Defendants. | CASE NO. 10 CV 1064 MMA (PCL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>[Doc. No. 86] |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff Carlos Rios, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to United States Magistrate Judge Peter C. Lewis pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3. Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. [Doc. No. 59.] Judge Lewis issued a well-reasoned and thorough Report containing findings and conclusions, upon which he based his recommendation that the Court grant Defendants' motion to dismiss. [Doc. No. 70.] The Court adopted the Report and Recommendation in its entirety, over Plaintiff's objection. [Doc. No. 83.] As a result, the only remaining claims in this action are Plaintiff's Americans with Disabilities Act and Rehabilitation Act claims against Defendants for injunctive and declaratory relief, in their official capacities. Plaintiff now moves for reconsideration of the Court's Order adopting the Report and Recommendation and seeks reinstatement of his dismissed claims. [Doc. No. 86.] Defendants oppose the motion. [Doc. No. 94.]

1  "[A] motion for reconsideration should not be granted, absent highly unusual
2 circumstances, unless the district court is presented with newly discovered evidence, committed
3 clear error, or if there is an intervening change in the controlling law." *Marlyn Natraceuticals, Inc.*
4 *v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009), citing *389 Orange St. Partners*
5 *v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999).  A motion for reconsideration "may not be used to
6 raise arguments or present evidence for the first time when they could reasonably have been raised
7 earlier in the litigation." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000).
8  Mindful of its duty to "construe *pro se* pleadings liberally," *Bernhardt v. Los Angeles*
9 *County*, 339 F.3d 920, 925 (9th Cir. 2003), the Court has considered Plaintiff's motion and finds
10 that Plaintiff fails to assert any cognizable basis to support reconsideration of the Court's prior
11 ruling.
12  Accordingly, the Court **DENIES** Plaintiff's motion for reconsideration.
13 DATED:  October 3, 2012

*[signature]*

Hon. Michael M. Anello
United States District Judge